IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| v. | ) | **2:15cr22-MHT** |
| | ) | **(WO)** |
| **FREDA COOK** | ) | |

**ORDER**

This case is before the court on defendant Freda Cook's petition for early termination of supervised release (Doc. 299). In its response (Doc. 301), the United States Probation Office recommends that the court grant Cook's petition. Probation notes that Cook has completed 20 months of her 36-month term in full compliance with her terms of supervised release, including maintaining gainful employment, keeping stable housing, and avoiding engaging in any criminal conduct. The government joins Probation in recommending the early termination of Cook's supervision. *See* Government's Response (Doc. 303). Based on these factors, the court concludes that early termination of supervised release is appropriate.

Accordingly, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Freda Cook's term of supervised release is terminated effective immediately, and she is discharged.

DONE, this the 25th day of May, 2022.

                                /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE